AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

ROBERT RHODES

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 04-CR-196

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

_____    _____
Name of Judge                      Title of Judge

Sept. 12, 2005
Date